**Daryl HARPER, Plaintiff—Appellant,**

**v.**

**Dr. Jeff ALLEN, Defendant—Appellee,**

**and**

**Harley Lappin; Tracy Johns; Virginia K. Harris; Armeithia Forte; Ten Unnamed Federal Bureau of Prisons Officers/Employees, Defendants.**

**No. 11–7603.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 28, 2012.

Daryl Harper, Appellant Pro Se. Edward D. Gray, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Harper appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harper v. Allen,* No. 5:09–ct–03200–D, 2011 WL 5526067 (E.D.N.C. Nov. 14, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*